UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-CV-24643-JEM**

SHEILA STAUFFER,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendants.

_____/

### ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

**THIS CAUSE** came before the Court upon the parties' Joint Notice of Settlement [ECF No. 18] indicating that this matter has been amicably resolved. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 60 days of the date of this Order**.

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of May 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE